THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

STEVEN REID-DOUGLAS,                )
                Plaintiff,    )
                               )
   vs.                             ) Civil Action No. 12-1168
                               ) Judge Nora Barry Fischer
                               ) Magistrate Judge Maureen P. Kelly
RN SUPERVISOR McANANY; CAPTAIN)
LEGGETT; CORRECTIONAL OFFICER  )
POZVIAK; CORRECTIONAL OFFICER  )
BRIGGS; CORRECTIONAL OFFICER    )
SCHIRRA; CORRECTIONAL OFFICER  )
WRIGHT; CORRECTIONAL OFFICER   )
VAUGHT; CORRECTIONAL OFFICER   )
WILLIAMS; CORRECTIONAL OFFICER )
TEMANT; CORRECTIONAL OFFICER   )
BINANIGI; CORRECTIONAL OFFICER )
CRAINE; SERGEANT DORSEY;          )
LIEUTENANT GREGO; LIEUTENANT )
DUKE,                                                )
                Defendants.   )

## **O R D E R**

AND NOW, this 3rd day of January, 2013, after the Plaintiff, Steven Reid-Douglas filed an action in the above-captioned case, and after a Motion for Temporary Restraining Order and for Preliminary Injunction [16] was filed by Plaintiff, and after a Report and Recommendation was filed by the United States Magistrate Judge granting the parties until January 7, 2013, to file written objections thereto, upon consideration of the objections filed by plaintiff which are without merit, and upon independent review of the record, and upon consideration of the Magistrate Judge's Report and Recommendation, which is adopted as the opinion of this Court,

IT IS HEREBY ORDERED that the Motion for Temporary Restraining Order and for Preliminary Injunction [16] is DENIED.

IT IS FURTHER ORDERED that, pursuant to Rule 4(a)(1) of the Federal Rules of Appellate Procedure, if any party wishes to appeal from this Order a notice of appeal, as provided in Fed. R. App. P. 3, must be filed with the Clerk of Court, United States District Court, at 700 Grant Street, Room 3110, Pittsburgh, PA 15219, within thirty (30) days.

s/Nora Barry Fischer
NORA BARRY FISCHER
United States District Judge

cc: Honorable Maureen P. Kelly
United States Magistrate Judge

Steven Reid-Douglas
JH-8196
SCI Greene
175 Progress Drive
Waynesburg, PA 15370

All Counsel of Record by electronic filing